IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 DEC 27 A 10: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Aksha Sofia Avery
_____
Full name and prison number
of plaintiff(s)

v.

Richard D. Lane/Circuit Court
Judge
_____
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06-CV-1140-MHT
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   Judge Richard D. Lane

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Lee County Detention Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lee County Justice Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS
1. Richard D. Lane - Lee County Detention Center / 2311 Gateway Dr.
2. Opelika, AL 36801
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED October 13, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On October 13 2006 Judge Lane sentenced me and gave me a purge for $566.15. On that day I didn't have any money to pay. I went back to court December 4 2006 and that day something was paid on my purge. $95.00 was paid plus two checks that I had which in all was almost $300.00. Other inmates has been released on purges way more than mine and hasn't paid has as much as I have.

~~GROUND TWO:~~

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

While this court can not make up for the time that I have spent away from my family I am seeking monetary damages greater than $10,000.00.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December 03 2006.
            (Date)

_____
Signature of plaintiff(s)

4