IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

AISHA SAFIYA AVERY                    *

    Plaintiff,                         *

        v.                          *                3:06-CV-1140-MHT
                                                              (WO)
RICHARD D. LANE/CIRCUIT               *
COURT JUDGE, *et al.*,

                                      *

    Defendant.

_____

**ORDER ON MOTION**

**NOTICE TO PRISONERS:  Pursuant to the 1996 revisions to 28 U.S.C. § 1915,**

**the requisite procedures for filing civil actions *in forma pauperis* have substantially**

**changed.  Additionally, in accordance with the provisions of the Deficit Reduction Act**

**of 2005 (Pub. L. No. 109-171), the filing fee for civil actions has increased to $350.00.**

**The attached notice contains an explanation of these changes.**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by

Plaintiff on December 27, 2006 (Doc. No. 2), and for good cause, it is

ORDERED that such motion be and is hereby GRANTED.

In accordance with the provisions of 28 U.S.C. § 1915(b)(1), a prisoner who seeks to

proceed *in forma pauperis* in a civil action or on appeal is required to pay the full amount of

the requisite filing fee.  Upon review of the financial information provided to the court, it

appears that Plaintiff lacks the requisite funds in her prison account for this court to require

payment of either the entire filing fee or an initial partial filing fee.  However, under the

provisions of 28 U.S.C. § 1915(b)(1), this court must "assess and, when funds exist, collect"

the $350.00 filing fee from monies available to Plaintiff.  In light of the foregoing and in

accordance with the provisions of 28 U.S.C. § 1915(b)(2), it is further

ORDERED that:

1.  Plaintiff shall make monthly payments of 20 percent of each preceding month's

income credited to her account as payments towards the $350.00 filing fee; and

2.  Those persons having custody of Plaintiff shall forward the above described

payments from Plaintiff's account to the clerk of this court each time the amount in her

account exceeds $10.00 until the $350.00 filing fee is paid in full.  *Id.*

To aid Plaintiff and those persons having custody of Plaintiff in complying with the

requirements of this order, the clerk is DIRECTED to furnish a copy of this order to the

inmate account clerk at the Lee County Detention Center.

Plaintiff is advised that if this case is dismissed for any reason she remains obligated

to pay the $350.00 filing fee.  The filing fee will be collected from any funds which become

available to Plaintiff and will be forwarded to this court by those persons having custody of

Plaintiff pursuant to the directives contained in this order.

Additionally, Plaintiff is advised that if she files a notice of appeal she will likewise

be required to pay the requisite appellate filing fee which is currently $455.00. Thus, if at

the time Plaintiff files a notice of appeal she has the necessary funds to pay the $455.00 filing

fee, she must submit such amount to the court with the notice of appeal. If the requisite

funds are not available and Plaintiff seeks to proceed *in forma pauperis* on her appeal, she

must complete an affidavit in support of such request and supply the court with a certified

copy of her prison account statement for the 6-month period preceding the filing of the

appeal. However, Plaintiff is informed that regardless of this court's determination on her

*in forma pauperis* motion the entire appellate filing fee will be collected from those persons

having custody of her from funds available in her prison account in a manner similar to that

outlined in this order.

Done, this 10th day of January 2007.

_____/s/Wallace Capel, Jr._____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

## NOTICE
INFORMATION TO PRISONERS SEEKING LEAVE TO

PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915
IN CIVIL ACTIONS BEFORE ANY FEDERAL COURT

**In accordance with 1996 amendments to the *in forma pauperis* (IFP) statute governing civil actions in federal court, as a prisoner you will be obligated to pay the full filing fee of $350.00 for a civil action**.  **If you later file an appeal, the filing fee for the appeal is $455.00 and you will likewise be responsible for payment of such fee. Thus, if at the time you file your action you have the funds available to pay the requisite filing fee, you must send such amount to the court with your complaint or notice of appeal and, if appropriate, your IFP application.**

If you do not have enough money to pay the full filing fee when your action is filed, you can file the action without prepayment of the filing fee.  However, the court will assess and, when funds exist, collect an initial partial filing fee.  The initial partial filing fee will be equal to 20 percent of the average monthly deposits to your prison or jail account for the six months immediately preceding the filing of the lawsuit, or 20 percent of the average monthly balance in your prison or jail account for that same six month period, whichever is greater. The court will order that you make the initial partial filing fee out of your prison or jail account or any other funds you have indicated are available to you.  **If you fail to submit the initial partial filing fee, your case will be dismissed and the full amount of the filing fee will be collected from those persons having custody of you**.

After the initial partial filing fee has been paid, you will be responsible for paying the balance of the filing fee.  To fulfill your obligation for payment of the full filing fee, each month you will owe 20 percent of your preceding month's income toward the balance on the filing fee.  Pursuant to an order of the court, the agency that has custody of you will collect that money and send payments to the court any time the amount in the account exceeds $10.00.  **You are advised that the balance of the filing fee will be collected even if the action is subsequently dismissed for any reason, summary judgment is granted against you, or you fail to prevail at trial.**

In order to proceed with an action or appeal *in forma pauperis* you must complete the affidavit in support of your request to proceed *in forma pauperis* and supply the court with a certified copy of your prisoner account statement for the 6-month period preceding the filing of the complaint or notice of appeal and return it to the court with your cause of action. If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed *in forma pauperis* will be denied.

**Regardless of whether some or all of the filing fee has been paid, the court is required to screen your complaint and to dismiss the complaint if (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim on which relief can be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages**.

**If on three or more occasions you have filed actions or appeals while a prisoner which were dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, then you will be prohibited from bringing any other actions *in forma pauperis* unless you are in imminent danger of serious physical injury.  In such cases, your request to proceed *in forma pauperis* will be denied and you will be required to pay the appropriate filing fee before proceeding in your civil action.**