IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AISHA SAFIYA AVERY, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD D. LANE, )<br>Circuit Court Judge )<br>)<br>  Defendant. ) | CIVIL ACTION NO. 3:06cv1140-MHT |

**ORDER**

On January 22, 2007, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge is ADOPTED.

2. That Plaintiff's complaint is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B).

An appropriate judgment will be entered.

Done this the 20th day of February, 2007.

   /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE